```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 20406
    DAVID AGUIRRE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4120

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/05/2008 and was not confirmed.

     The case was dismissed without confirmation 11/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
AMERIQUEST               UNSECURED       NOT FILED          .00          .00
AMERIQUEST               NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE              UNSECURED       NOT FILED          .00          .00
CAPITAL ONE              NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE              NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE              NOTICE ONLY     NOT FILED          .00          .00
CAPITAL ONE              UNSECURED       NOT FILED          .00          .00
COMMONWEALTH EDISON      UNSECURED          433.87          .00          .00
GE MONEY BANK            UNSECURED          138.93          .00          .00
HOUSEHOLD FINANCE CORP   UNSECURED       NOT FILED          .00          .00
HSBC CARD SERVICES       UNSECURED       NOT FILED          .00          .00
HSBC CARD SERVICES       UNSECURED       NOT FILED          .00          .00
HSBC CARD SERVICES       UNSECURED       NOT FILED          .00          .00
HSBC CARD SERVICES       NOTICE ONLY     NOT FILED          .00          .00
J C PENNEY               UNSECURED       NOT FILED          .00          .00
CHASE BANK USA NA        UNSECURED          555.71          .00          .00
LINEBARGER GOGGAN BLAIR  UNSECURED       NOT FILED          .00          .00
NICOR GAS                UNSECURED       NOT FILED          .00          .00
SAMS CLUB                UNSECURED       NOT FILED          .00          .00
TARGET NATIONAL BANK     UNSECURED          380.08          .00          .00
LVNV FUNDING             UNSECURED         3632.71          .00          .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00            .00          .00
OCWEN FEDERAL BANK       MORTGAGE ARRE   19729.78           .00          .00
NATIONAL AUTO FINANCE CO SECURED VEHIC    9665.00           .00      2088.85
NATIONAL AUTO FINANCE CO UNSECURED         7953.67          .00          .00
ROUNDUP FUNDING LLC      UNSECURED           45.50          .00          .00
COOK COUNTY TREASURER    SECURED           1629.29          .00       353.02
OCWEN FEDERAL BANK       MORTGAGE NOTI   NOT FILED          .00          .00
PINNACLE CO LLC          CURRENT MORTG       .00            .00          .00
PINNACLE CO LLC          MORTGAGE ARRE    8418.09           .00          .00
PINNICLE COMPANY         MORTGAGE NOTI   NOT FILED          .00          .00
INTERNAL REVENUE SERVICE PRIORITY         11795.64          .00          .00
NORA AGUIRRE             NOTICE ONLY     NOT FILED          .00          .00
NORA AGUIRRE             NOTICE ONLY     NOT FILED          .00          .00
US BANK NA/OCWEN         MORTGAGE NOTI   NOT FILED          .00          .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 20406 DAVID AGUIRRE
```

```
INTERNAL REVENUE SERVICE  UNSECURED           1828.27              .00              .00
TIMOTHY K LIOU            DEBTOR ATTY             .00                               .00
TOM VAUGHN                TRUSTEE                                              202.67
DEBTOR REFUND             REFUND                                             4,675.46

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    7,320.00

PRIORITY                                                 .00
SECURED                                             2,441.87
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                  202.67
DEBTOR REFUND                                       4,675.46
                         ---------------       ---------------
TOTALS                     7,320.00                 7,320.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE